JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEANDRE BRUMFIELD,<br><br>      Petitioner,<br><br>    v.<br><br>CRAIG KOENIG, Warden,<br><br>      Respondent. | Case No. CV 16-7764-PSG (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 12/27/2018

                                          PHILIP S. GUTIERREZ
                                          U.S. DISTRICT JUDGE